IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANTZ F. STELOI,**
**A047-631-816,**

    Petitioner,

vs.                                                              Case No. 4:11cv435-WS/WCS

**ERIC H. HOLDER, JR., et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding *pro se* and *in forma pauperis*, filed a petition seeking a writ of habeas corpus under § 2241 on August 30, 2011.  Doc. 1.  Petitioner was housed at the Wakulla County Jail in Crawfordville, Florida at case initiation, and alleged that he had been in detention for six months awaiting removal.  *Id.*, at 2.  Petitioner asserted that he is a native of Haiti, and said his "removal from the United States is not significantly likely to occur in the reasonably foreseeable future."  *Id.*, at 5.  Petitioner's allegations were generally sufficient, but because Petitioner did not sign his petition, doc. 1, I entered an order finding that Petitioner must submit an amended petition which

contained his original signature. Doc. 5. That order has now been returned to the Court as undeliverable and it would appear that Petitioner was removed to Haiti.

This petition should be dismissed without prejudice. If he has indeed been removed, then the petition is moot. However, this case cannot continue if court orders cannot reach Petitioner. If Petitioner has not been removed, there is no prejudice to dismissal as he may refile his claim if he is still within the Northern District of Florida.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus, doc. 1, be **DISMISSED without prejudice** as the case is either moot or Petitioner has abandoned this litigation.

**IN CHAMBERS** at Tallahassee, Florida, on October 25, 2011.

 S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**